IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN D. MOATES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No.  CIV-16-999-C |
| HITACHI COMPUTER PRODUCTS | ) |
| (AMERICA), INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Steven D. Moates, hereby stipulates with the Defendant, Hitachi Computer Products (America), Inc., that this action shall be dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

DATED THIS 8TH DAY OF NOVEMBER, 2016.

Respectfully submitted,

| | |
|---|---|
| *s/ Lauren W. Johnston* | *s/ Tanya S. Bryant* |
| Jana B. Leonard, OBA #17844 | Adam W. Childers, OBA #18673 |
| Lauren W. Johnston, OBA #22341 | Tanya S. Bryant, OBA #20170 |
| (signed with permission) | |
| | -- For the Firm -- |
| -- For the Firm – | |
| | CROWE & DUNLEVY, PC |
| LEONARD & ASSOCIATES, PLLC | 324 N. Robinson Avenue, Suite 100 |
| 8265 S. Walker | Oklahoma City, OK 73102 |
| Oklahoma City, OK  73139 | (405) 235-7700 (Phone) |
| leonardbj@leonardlaw.net | (405) 239-6651 (Facsimile) |
| johnstonlw@leonardlaw.net | adam.childers@crowedunlevy.com |
| | tanya.bryant@crowedunlevy.com |
| ATTORNEYS FOR PLAINTIFF | |
| | ATTORNEYS FOR DEFENDANT |
| | HITACHI COMPUTER PRODUCTS |
| | (AMERICA), INC. |